UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV22-9277 MCS (MRWx) | Date | August 23, 2023 |
|---|---|---|---|
| Title | Calvin Morris v. City of Los Angeles et al. | | |

Present: The Honorable  Michael R. Wilner, United States Magistrate Judge

| James Muñoz | CS 08/23/23 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| Jerry Steering | Anita Brenner<br>John Rosenthal |

**Proceedings:** **STATUS CONFERENCE (VIDEO)**

Case called.  Counsel make their appearance.

Status conference held.

Parties to email chambers re status by August 30, 2023, as stated on the record.

:27
JM