UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-09277-ODW (MRWx) | Date | February 20, 2024 |
|---|---|---|---|
| Title | *Calvin Lorenzo Morris v. City of Los Angeles et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

The Court having reviewed the parties' Stipulation to Continue Trial and Related Deadlines, finds that good cause supports the request for a trial continuance but not the requested length of the continuance, eight months. Accordingly, the Court **ORDERS** that the following dates and deadlines shall supersede those previously set in this matter:

- Jury Trial: **November 5, 2024, at 9:00 a.m.**;
- Hearing on Motions in Limine: **October 28, 2024, at 1:30 p.m.**;
- Deadline to file Oppositions to Motions in Limine: **October 16, 2024**;
- Deadline to file Motions in Limine: **October 9, 2024**;
- Final Pretrial Conference: **September 30, 2024, at 1:30 p.m.**;
- Deadline to file Pretrial Documents: **September 23, 2024;**
- Deadline for Hearing Motions: **August 12, 2024, at 1:30 p.m.;**
- Deadline to Conduct Settlement Conference: **August 5, 2024;**
- Expert Discovery Cutoff: **July 15, 2024**; and
- Percipient/Fact Discovery Cutoff: **June 24, 2024.**

All other dates and deadlines remain as previously ordered.

Additionally, the parties request ADR with the assigned Magistrate Judge. (Stip. 2, ECF No. 55.) The Court **GRANTS** this request and **ORDERS** the case referred to ADR PROCEDURE No. 1: Settlement Conference with the Magistrate Judge assigned to the case. Counsel are directed to contact the Magistrate Judge's courtroom deputy to arrange a date and

time for the ADR proceeding, sufficiently in advance of the above deadline to conduct settlement conference.

**IT IS SO ORDERED.**

                                                      :   00

Initials of Preparer   SE